

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: TOM DARNOLD, IN HIS OFFICIAL CAPACITY AS AN ASSISTANT DISTRICT ATTORNEY FOR THE STATE OF TEXAS, <br><br> Relator. | § <br> § <br> § <br> § <br> § <br> § | No. 08-13-00257-CR <br><br> AN ORIGINAL PROCEEDING <br><br> IN MANDAMUS |

# **O R D E R**

Pending before the Court is Relator's motion to carry over the reporter's record from cause number 08-13-00186-CR into the above styled and numbered mandamus proceeding. The motion is GRANTED. The reporter's record and supplemental reporter's record filed in cause number 08-13-00186-CR shall be considered filed as a reporter's record and supplemental reporter's record in cause number 08-13-00257-CR.

IT IS SO ORDERED this 29th day of August, 2013.


PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.
(Rivera, J., not participating)